1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

TLALOC MUNOZ, MIGUEL RUIZ, EDGAR CORONA, and STEVEN SNAVELY, individually and on behalf of themselves and all others similarly situated,

12
13
14
15

Plaintiffs,

16

v.

17

EARTHGRAINS DISTRIBUTION, LLC and BIMBO BAKERIES USA, INC.,

18

Defendants.

19
20
21

Case No.: 3:22-cv-01269-AJB-AHG

**ORDER GRANTING JOINT MOTION FOR ISSUANCE OF A LETTER OF REQUEST REGARDING ERNST & YOUNG**

**[ECF No. 87]**

22

On September 29, 2025, the parties jointly[1] moved this Court to issue a Letter of

23

Request regarding Ernst & Young Global Limited ("Ernst & Young"), a company

24

incorporated in the United Kingdom with its principal place of business in London, United

25
26

---

27

[1] Though the motion is signed only by Plaintiffs, the parties have represented to the Court

28

that Defendants, though they reserve all objections to the resulting documents produced, "do not oppose Plaintiffs' request for the Court to issue the proposed Letter of Request. … Accordingly, the Parties file this discovery motion as a joint motion." ECF No. 87 at 2.

Kingdom. ECF No. 87. The Court finds that a Letter of Request should be issued to Ernst & Young under the Hague Convention to the United Kingdom's Senior Master of the Royal Courts of Justice. The proposed Letter of Request regarding Ernst & Young is hereby **GRANTED**. ECF No. 87. The Court notes that merits discovery is open but class discovery closed on September 12, 2025. ECF No. 71 at 3. As such, any delay in receiving information pursuant to the enclosed letters rogatory will not delay the class certification briefing schedule.

The Court will date, sign, and seal the proposed Letter of Request accompanying the joint motion, attached hereto as Exhibit A. The Court further **DIRECTS** the Clerk of Court to authenticate the Court's signature by affixing the Court's seal thereto, and that the Letter of Request be thereafter returned by the Clerk to counsel for Plaintiffs Tlaloc Munoz, Miguel Ruiz, Edgar Corona, and Steven Snavely, with a copy to counsel for Defendants Earthgrains Distribution LLC and Bimbo Bakeries USA, Inc.

**IT IS SO ORDERED.**

Dated: October 1, 2025

Honorable Allison H. Goddard
United States Magistrate Judge

3:22-cv-01269-AJB-AHG