# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, MIGUEL RUIZ, EDGAR CORONA, and STEVEN SNAVELY, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EARTHGRAINS DISTRIBUTION, LLC and BIMBO BAKERIES USA, INC., <br><br> Defendants. | Case No.: 3:22-cv-01269-AJB-AHG <br><br> **ORDER GRANTING JOINT MOTION FOR ISSUANCE OF A LETTER OF REQUEST REGARDING GRUPO BIMBO** <br><br> **[ECF No. 87]** |

On September 29, 2025, the parties jointly[1] moved this Court to issue a Letter of Request regarding Grupo Bimbo S.A.B DE C.V. ("Grupo Bimbo"), a company incorporated in Mexico with its principal place of business in Mexico City, Mexico. ECF

---

[1] Though the motion is signed only by Plaintiffs, the parties have represented to the Court that Defendants, though they reserve all objections to the resulting documents produced, "do not oppose Plaintiffs' request for the Court to issue the proposed Letter of Request. … Accordingly, the Parties file this discovery motion as a joint motion." ECF No. 87 at 2.

No. 87. The Court finds that a Letter of Request should be issued to Grupo Bimbo under the Hague Convention to the Secretariat of Foreign Affairs (Secretaría de Relaciones Exterioresand) ("SFA") of Mexico. The proposed Letter of Request regarding Grupo Bimbo is hereby **GRANTED**. ECF No. 87. The Court notes that merits discovery is open but class discovery closed on September 12, 2025. ECF No. 71 at 3. As such, any delay in receiving information pursuant to the enclosed letters rogatory will not delay the class certification briefing schedule.

The Court will date, sign, and seal the proposed Letter of Request accompanying the joint motion, attached hereto as Exhibit B.[2] The Court further **DIRECTS** the Clerk of Court to authenticate the Court's signature by affixing the Court's seal thereto, and that the Letter of Request be thereafter returned by the Clerk to counsel for Plaintiffs Tlaloc Munoz, Miguel Ruiz, Edgar Corona, and Steven Snavely, with a copy to counsel for Defendants Earthgrains Distribution LLC and Bimbo Bakeries USA, Inc.

**IT IS SO ORDERED.**

Dated:  October 1, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[2] The Court will also include the certified translations of Exhibit B and its accompanying Schedule A, which are labelled as Exhibit C.