# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, MIGUEL RUIZ, EDGAR CORONA, and STEVEN SNAVELY, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EARTHGRAINS DISTRIBUTION, LLC and BIMBO BAKERIES USA, INC., <br><br> Defendant. | Case No.:  3:22-cv-01269-AJB-AHG <br><br> **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |

**LETTER OF REQUEST**

*Request for International Judicial Assistance*

*Pursuant to the Hague Convention of 18 March 1970 on*

*the Taking of Evidence in Civil or Commercial Matters*

By the United States District Court,

Southern District of California

Hon. Allison H. Goddard

**TO THE SECRETARIAT OF FOREIGN AFFAIRS OF THE STATE OF MEXICO:**

The United States District Court for the Southern District of California presents its compliments to the Secretariat of Foreign Affairs (Secretaría de Relaciones Exterioresand) ("SFA") respectfully requests international judicial assistance to obtain evidence to be used in the above-captioned civil action proceeding before this Court. This Court has determined that it would further the interests of justice if by the proper and usual process of your Court, you summon a representative of Grupo Bimbo S.A.B DE C.V. ("Grupo Bimbo") to produce copies of the documents in their possession, custody, or control that are identified in **Schedule A**.

The applicant for this letter are Plaintiffs Tlaloc Munoz, Miguel Ruiz, Edgar Corona, and Steven Snavely ("Plaintiffs"). Counsel for Plaintiffs is available to answer any questions the SFA may have.

This request is made pursuant to Rule 4(f)(2)(B) of the Federal Rules of Civil Procedure; the All Writs Act, 28 U.S.C. §1651 and 28 U.S.C. §1781 (permitting the transmittal of letters rogatory through the district courts and the Department of State). The United States District Court for the Southern District of California is a competent court of law and equity which properly has jurisdiction over this proceeding, and has the power to compel the attendance of witnesses and production of documents both within and outside its jurisdiction. Grupo Bimbo is the parent company of Defendants, and is headquartered in Mexico. Grupo Bimbo has or is likely to have possession of the document specified in **Schedule A**.

The production of documents is intended for use at trial or directly in the preparation of trial, and in the view of this Court, will be relevant to claims and defenses in the case. This request is made with the understanding that it will in no way require any person to commit any offense, or to undergo a broader form of inquiry than he or she would if the litigation were conducted in a court of Mexico. The requesting Court is satisfied that the evidence sought to be obtained through this request is relevant and necessary and cannot

3:22-cv-01269-AJB-AHG

reasonably be obtained by other methods. Because this Court lacks authority to compel participation of these persons and, such participation being necessary in order that justice be served in the above-captioned proceedings, this Court respectfully requests assistance from the Secretariat of Foreign Affairs.

1.   **SENDER**

Shaun Markley
smarkley@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, CA 92101

As authorized by:

Hon. Allison H. Goddard
United States Magistrate Judge
United States District Court for the Southern District of California
Edward J. Schwartz United States Courthouse
221 West Broadway
San Diego, CA 92101

2.   **CENTRAL AUTHORITY OF THE REQUESTED STATE**

Secretaría de Relaciones Exteriores
Dirección de Cooperación Procesal Internacional
Dirección General de Asuntos Jurídicos
Plaza Juárez #20, Piso 5
Colonia Centro, Alcaldía Cuauhtémoc
C.P. 06010 Ciudad de México, México
Tel: +52-55-3686-5100 ext. 5235 & 6438
Email: dgajuridicos@sre.gob.mx

3.   **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED**

Shaun Markley
smarkley@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 325-0492

**4.    SPECIFICATION OF THE DATE BY WHICH REQUESTING AUTHORITY TEQUIRES RECEIPT OF THE RESPONSES TO THE LETTER REQUEST**

A response is requests as soon as possible, in order to ensure that the evidence may be obtained before the deadline for discovery in this case, currently set for September 12, 2025.

**5.    NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIONS OF THE CASE (ARTICLE 3(B))**

The evidence requested relates to the action *Munoz, et al., v. Earthgrains Distribution LLC, et al.*, Case No. 3:22-cv-01269-AJB-AHG (S.D. Cal.), United States District Court for the Southern District of California.

**The parties and their representatives are listed herein as follows:**

a.    Plaintiffs:

Tlaloc Munoz, Miguel Ruiz, Edgar Corona, and Steven Snavely

*Contacted through counsel*

*Represented by:*

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jake W. Schulte (SBN 293777)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, CA 92101
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jschulte@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org
Tel: (619) 325-0492

//
//

b.    Defendants

Earthgrains Distribution LLC and Bimbo Bakeries USA, Inc.

*Contacted through counsel*

*Represented by:*

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Email: john.battenfeld@morganlewis.com
Tel: (212) 612-1018

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (SBN 258068)
One Market, Spear Street Tower
San Francisco, CA 94105
Email: sarah.zenewicz@morganlewis.com
Tel: (415) 442-1790

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (admitted *Pro Hac Vice*)
Margaret McDowell (admitted *Pro Hac Vice*)
2222 Market St.,
Philadelphia, PA 19103
Email: michael.puma@morganlewis.com
Email: margaret.mcdowell@morganlewis.com
Tel: (215) 963-5305

**6.    <u>NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS</u>**

Plaintiffs have filed suit against various United States subsidiaries of Grupo Bimbo, S.A.B. de C.V. who uses Ernst & Young to audit its public facing Annual Reports. Plaintiffs allege that the subsidiaries misclassify them as "independent contractors" when they should be employees under California law and receive appropriate wages and benefits under those employment laws.

Plaintiffs contend that part of Defendants' alleged misclassification scheme hinges on whether there is a truly independent buy-sell relationship between Plaintiffs and Defendants or whether that relationship is really between Defendants and their retail customers like Costco, Walmart, and other chain stores. Plaintiffs believe that how Defendants account for their customer sales and recognize revenues proves that the relationship is between Defendants and their retail customers and not with Plaintiffs who merely distribute bread product and receive a percentage of the sale as a commission wage.

### A.    Evidence to be Obtained and Purpose

*See* **Schedule A**.

### B.    Identity and Adress of the Entities and Person to be Examined

The identity and address of the representative of the entity to be examined is set forth below. The address provided is based on currently available information, and may be supplemented: Prolongación Paseo de la Reforma 1000, Colonia Peña Blanca Santa Fe, Álvaro Obregón, México.

### C.    Statements of the Subject Matter About which the Person will be Examined

Not applicable – no testimony sought.

### D.    Documents and Other Evidence to be Examined

It would further the interests of justice if you would a representative of Grupo Bimbo to produce or make available for inspection the documents set forth in **Schedule A** to this Letter of Request.

### E.    Request for Notification

This Court respectfully request that any order made by the Court will require the examining party to provide copies of the documents produced to the parties' representatives as identified in Section 5 above and to:

3:22-cv-01269-AJB-AHG

Hon. Allison H. Goddard
United States Magistrate Judge
United States District Court for the Southern District of California
Edward J. Schwartz United States Courthouse
221 West Broadway
San Diego, CA 92101

### F.    Special Procedures and Methods to be Followed

The production of documents shall be conducted pursuant to the discovery rules as provided for in the Federal Rules of Civil Procedure of the United States, except to the extent such procedure is incompatible with the laws of Mexico.

### G.    Reimbursement

The fees and costs incurred in the execution of this Request which are reimbursable will be borne by the above-named Plaintiffs. Plaintiffs are willing to reimburse the reimbursable fees and costs incurred by the representative of Grupo Bimbo complying with any order of the SRE giving effect to this Request for International Judicial Assistance.

**DATE OF REQUEST**

October 1, 2025

Signature and Seal of the
Requesting Authority



[SEAL OF COURT]

Honorable Allison H. Goddard
United States Magistrate Judge
United States District Court
Southern District of California
Edward J. Schwartz U.S. Courthouse
221 West Broadway, Suite 2125
San Diego, CA 92101
USA

9

## SCHEDULE A

## TO LETTER ROGATORY TO THE SECRETARIAT OF FOREIGN AFFAIRS OF THE STATE OF MEXICO

## I.    DEFINITIONS

The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any request:

1. "YOU," "YOUR," OR "GRUPO BIMBO" shall refer to Grupo Bimbo S.A.B DE C.V. and its attorneys, predecessors, and its present and former officers, owners, directors, members, partners, managers, trustees, representatives, agents, employees and all persons presently or formerly acting, or purporting to act, on its behalf, or on behalf of GRUPO BIMBO for any purpose whatsoever.

## II.    INSTRUCTIONS

1. Each individual request for production should be construed independently and not by reference to any other request herein for the purpose of limiting that request, except that identical writings need not be produced in response to more than one request.

2. Each DOCUMENT responsive to these requests shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with each category to which they are responsive.

3. Complete DOCUMENTS, including all attachments, cover memos, appendices, etc., shall be produced if any part of the writing is responsive to a request. Responding Party shall not mask or delete any part of a DOCUMENT if that DOCUMENT contains information responsive to a request. DOCUMENTS found associated with, attached to, or joined together by staple, clip, binder, binding, file folder, computer file or directory, or otherwise should be produced in the manner in which they were associated, attached, or joined.

4.      Unless otherwise agreed to, DOCUMENTS that are maintained in the normal course of business in electronic format shall be produced in their native format, including all metadata in standard delimited ASCII format, along with the software necessary to interpret such files if such software is not readily available, and are not to be converted to any other format, such as paper, tiff image or PDF file.

5.      If YOU produce scanned documents on compact discs, then documents should be produced in single page tiff format and YOU should also produce (i) the load file with each set of documents (this file provides the beginning bates, end bates, directory, filename and page count, to allow a match between the data and the files themselves), (ii) attachment information so it can be determined which attachments go with which documents produced, and (iii) any other objective coding for each document produced, including any fields for source, date, author, recipients and custodian of the documents.

6.      If any responsive DOCUMENT was, but is no longer in existence or in Responding Party's possession, custody or control, identify its current or last-known custodian and describe in full the circumstances surrounding its disposition from Responding Party's possession, custody or control.  A DOCUMENT shall be deemed to be in Responding Party's control if Responding Party has the right to secure the DOCUMENT or a copy thereof from another person or public or private entity having possession or custody thereof.

7.       "And," "or," and "and/or" shall be construed as broadly as possible so that information otherwise within the scope of the request is not excluded.

8.      "Relating" includes, without limitation, constituting, referring to, alluding to, responding to, concerning, connected with, commenting upon, in respect to, about, regarding, discussing, showing, describing, reflecting, or analyzing.

9.      These are continuing requests for production of documents. If, subsequent to responding to any such request, additional documents are received or discovered prior to the date of trial or Responding Party becomes aware of any further information pertaining to such request, Responding Party is hereby requested to serve supplemental responses and

provide such additional documents promptly and as long before trial as possible, in order to supplement, amend or correct Responding Party's responses; otherwise, it will be assumed that the responses originally given by Plaintiff continue to be Plaintiff's complete responses to these requests.

10.    If any DOCUMENTS requested herein have been lost, discarded or destroyed, they shall be identified as completely as possible, including, without limitation, the following information: (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the DOCUMENT.

11.    If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged: (a) A brief description of the nature and contents of the matter claimed to be privileged; (b) The name, occupation and capacity of the individual from whom the privileged matter emanated; (c) The name, occupation and capacity of the individual to whom the allegedly privileged matter was produced; (d) The date the item bears; and (e) The privilege claimed.

## III.    REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Memorandums or similar documents in effect from 2018 to present that reflect how Grupo Bimbo S.A.B DE C.V. recognizes revenue from contracts with customers under International Financial Reporting Standards or IFRS 15. This includes any analysis of IFRS 15 that YOU performed or that YOU received from a third party accounting firm like Ernst & Young or its affiliates. Documents reflecting exclusively non-U.S. sales are not responsive. This request seeks only documents that reflect consolidated sales which include the U.S. or U.S. specific documents.

**<u>EXHIBIT C</u>**

Este documento es la traducción de Inglés a Español de una Solicitud de Asistencia Judicial Internacional, emitida por el Tribunal Superior del Estado de California, E.U.

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Tel: (619) 325-0496
Correo Electrónico: cnicholas@nicholaslaw.org
Correo Electrónico: atomasevic@nicholaslaw.org
Correo Electrónico: smarkley@nicholaslaw.org
Correo Electrónico: jbelcastro@nicholaslaw.org

Abogados de los Demandantes,
TLALOC MUNOZ, MIGUEL RUIZ y EDGAR CORONA y STEVEN SNAVELY

## TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS

## DISTRITO SUR DE CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, persona física; MIGUEL RUIZ, persona física; EDGAR CORONA, persona física; STEVEN SNAVELY, persona física; en representación de sí mismos y cualesquier otros en situación similar, <br><br> Demandantes, <br><br> vs <br><br> EARTHGRAINS DISTRIBUTION, LLC Sociedad de Responsabilidad limitada de Delaware; BIMBO BAKERIES USA, INC., Corporación de Delaware; DOES, 1 al 100, inclusiva <br><br> Demandados. | No. de Caso 3:22-cv-01269-AJB-AHG <br><br> **SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL CONFORME A LA CONVENCION DE LA HAYA DEL 18 DE MARZO DE 1970 DE CONFORMIDAD CON LA OBTENCION DE PRUEBAS EN ASUNTOS CIVILES O MERCANTILES** <br><br> **Juez:** Hon. Anthony J. Battaglia <br> **Magistrado:** Hon. Allison H. Goddard <br><br> **FAC Presentado:** 2 de Mayo de 2025 <br> **Fecha de Juicio:** Ninguno establecido |

### CARTA DE SOLICITUD
Solicitud de Asistencia Judicial Internacional

En virtud de la Convención de La Haya del 18 de Marzo de 1970

3:22-cv-01269-AJB-AHG

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL



LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

De conformidad con la obtención de pruebas en Asuntos Civiles o Mercantiles

Por el Tribunal de Distrito de Estados Unidos,

Distrito Sur de California Hon. Allison H. Goddard

**A LA SECRETARIA DE RELACIONES EXTERIORES DE MEXICO:**

El Tribunal de Distrito de Estados Unidos del Distrito Sur de California saluda cordialmente a la Secretaría de Relaciones Exteriores (Secretariat of Foreign Affairs) ("SFA") y respetuosamente solicita asistencia judicial internacional para obtener pruebas que serán usadas en el procedimiento civil antes mencionado ante este Tribunal. Este tribunal ha determinado que contribuiría a los intereses de la justicia si, mediante el proceso adecuado y habitual de su tribunal, usted solicita a un representante del Grupo Bimbo S.A. DE C.V. ("Grupo Bimbo") que proporcione copias de los documentos en su posesión, custodia o control que se identifican en el **Anexo A.**

Los solicitantes de esta carta son los Demandantes Tlaloc Muñoz, Miguel Ruiz, Edgar Corona, y Steven Snavely ("Demandantes"). El abogado de los Demandantes está disponible para responder cualquier pregunta que SFA pudiera tener.

Esta solicitud se hace en virtud del Reglamento 4(f)(2)(B) de las Normas de Procedimientos Civiles; la Ley de Todo Mandato Judicial, 28 U.S.C. §1651 y 28 U.S.C. §1781 (que permite la transmisión de cartas rogatorias a través de los tribunales de distrito y el Departamento de Estado).

El Tribunal de Distrito de Estados Unidos del Distrito Sur de California es un tribunal competente de ley y equidad, que tiene adecuada jurisdicción sobre este asunto, y tiene facultad para obligar a testigos a comparecer y presentar documentos, tanto dentro como fuera de su jurisdicción. Grupo Bimbo posee o es probable que posea el documento especificado en el **Anexo A.**

La presentación de documentos está destinada a su uso en el juicio, o directamente en la preparación del juicio y, en la opinión de este tribunal, será

1                    3:22-cv-01269-AJB-AHG

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

relevante para los alegatos y defensas de este caso. Esta solicitud se realiza en el entendido de que, en ningún caso, se exigirá a persona alguna cometer ningún delito ni que se someta a una investigación más amplia que la que habría si el litigio se llevara a cabo en un tribunal de México.

El Tribunal solicitante considera que las pruebas que se pretenden obtener mediante esta petición son pertinentes y necesarias, y no pueden obtenerse razonablemente por otros métodos. Debido a que este tribunal carece de autoridad para obligar la participación de estas personas y que tal participación es necesaria a fin de que se haga justicia en el caso antes mencionado, este Tribunal respetuosamente solicita la asistencia de la Secretaria de Relaciones Exteriores.

### 1. REMITENTE

Shaun Markley

smarkley@nicholaslaw.org

**NICHOLAS & TOMASEVIC, LLP**

2225 Broadway, 19th Floor
San Diego, CA 92101
Conforme fue autorizado por:

Hon. Allison H. Goddard
Juez Magistrado de Estados Unidos
Tribunal de Distrito de Estados Unidos del Distrito Sur de California
Edward J. Schwartz Estados Unidos
Courthouse 221 West Broadway
San Diego, CA 92101

### 2. AUTORIDAD CENTRAL DEL PAIS REQUERIDO

Secretaría de Relaciones Exteriores
Dirección de Cooperación Procesal Internacional
Dirección General de Asuntos Jurídicos
Plaza Juárez #20, Piso
Colonia Centro, Alcaldía Cuauhtémoc
C.P. 06010 Ciudad de México, México
Tel: +52-55-3686-5100 ext. 5235 & 6438
Correo Electrónico: dgajuridicos@sre.gob.mx

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL



LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

### 3. **PERSONA A QUIEN SE DEBERA REGRESAR LA PETICION EJECUTORIADA**

Shaun Markley
smarkley@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 325-0492

### 4. **ESPECIFICACION DE LA FECHA EN LA CUAL LA AUTORIDAD SOLICITANTE REQUIERE ACUSE DE LAS RESPUESTAS A LA CARTA DE SOLICITUD**

Se requiere una respuesta lo más pronto posible a fin de asegurar que se pueda obtener la evidencia antes de la fecha límite para la presentación de pruebas en este caso, actualmente establecida para el 12 de septiembre de 2025.

### 5. **NOMBRES Y DOMICILIOS DE LAS PARTES Y SUS REPRESENTANTES LEGALES EN ESTE CASO (ARTICULO 3 (B)**

Las pruebas solicitadas se relacionan a la acción legal *Munoz, et al., v.*

*Earthgrains Distribution LLC, et al.*, Case No. 3:22-cv-01269-AJB-AHG (S.D.

Cal.), Tribunal de Distrito de Estados Unidos del Distrito Sur de California.

**Las partes y sus representantes se enlistan a continuación:**

a.          Demandantes:

Tlaloc Muñoz, Miguel Ruiz, Edgar Corona, y Steven Snavely

*Contactado mediante abogado*

*Representado por:*

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jake W. Schulte (SBN 293777)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Tel: (619) 325-0496
Correo Electrónico: cnicholas@nicholaslaw.org

3                    3:22-cv-01269-AJB-AHG

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL



LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

Correo Electrónico: atomasevic@nicholaslaw.org
Correo Electrónico: smarkley@nicholaslaw.org
Correo Electrónico: jschulte@nicholaslaw.org
Correo Electrónico: jbelcastro@nicholaslaw.org
Tel: (619) 325-0492

b. Demandados

Earthgrains Distribution LLC y Bimbo Bakeries USA, Inc.

*Contactado mediante abogado*

*Representado por:*

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
300 South Gry Ave., 22nd Floor Los Angeles,
CA 90071
Correo Electrónico: john.battenfeld@morganlewis.com
Tel: (212) 612-1018

**MORGAN, LEWIS & BOCKIUS LLP**
Sarah Zenewicz (SBN 258068) One Market,
Spear Street Tower
San Francisco, CA 94105
Correo Electrónico: sarah.zenewicz@morganlewis.com
Tel: (415) 442-1790

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma (admitido *Pro Hac Vice*)
Margaret McDowell (admitido *Pro Hac Vice*)
2222 Market St.,
Philadelphia, PA 19103
Correo Electrónico: michael.puma@morganlewis.com
Correo Electrónico: margaret.mcdowell@morganlewis.com
Tel: (215) 963-5305

# 6. <u>NATURALEZA Y OBJETIVO DEL PROCEDIMIENTO Y RESUMEN DE LOS HECHOS</u>

Los demandantes han presentado una demanda en contra de varias subsidiarias en



LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

Estados Unidos del Grupo Bimbo, S.A.B. de C.V. que utiliza a Ernst & Young para auditar sus Informes Anuales públicos. Los demandantes alegan que las subsidiarias se clasifican erróneamente como "contratistas independientes" cuando deberían ser empleados bajo la ley de California, y recibir salarios adecuados y prestaciones en virtud de dichas leyes laborales.

Los Demandantes sostienen que parte del supuesto esquema de clasificación errónea de los Demandados depende de si existe una relación de compraventa realmente independiente entre los Demandantes y los Demandados, o si dicha relación es en realidad entre los Demandados y sus clientes minoristas como Costco, Walmart, y otras cadenas de tiendas. Los Demandantes consideran que la forma en que los Demandados contabilizan las ventas de sus clientes y reconocen los ingresos, demuestra que la relación es entre los Demandados y sus clientes minoristas, y no con los Demandantes, que simplemente distribuyen productos de panadería y reciben un porcentaje del ingreso como comisión.

### A. Pruebas que deben Obtenerse y Objetivo

*Ver* **Anexo A.**

### B. Identidad y Domicilio de las Personas Morales y Persona a ser Examinada/Interrogada

La identidad y domicilio de los representantes de la moral a ser examinada/interrogada se encuentran abajo establecidos. El domicilio proporcionado se basa en información actualmente disponible, y puede ser complementada: Prolongación Paseo de la Reforma 1000, Colonia Peña Blanca Santa Fe, Álvaro Obregón, México.

### C. Declaraciones Acerca del Tema Sobre el Cual se Interrogará a la Persona

No aplicable- no se necesita testimonio.

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL



LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

### D. Documentos y otras Pruebas a ser Examinadas

Es de interés de la justicia si solicita que un representante del Grupo Bimbo proporcione para su inspección, o ponga a disposición, los documentos establecidos en el Anexo A de esta Carta de Solicitud

### E. Solicitud de Notificación

Este tribunal respetuosamente solicita que, cualquier orden dictada por el Tribunal, exija a la parte examinadora que proporcione copias de los documentos presentados a los representantes de las partes, identificados en la Sección 5 anterior y al:

Hon. Allison H. Goddar

Juez Magistrado de Estados Unidos

Tribunal de Distrito de Estados Unidos del Distrito Sur de California

Edward J. Schwartz Estados Unidos Courthouse

221 West Broadway

San Diego, CA 92101

### F. Procedimientos Especiales y Métodos a Seguir

La presentación de documentos se llevará a cabo de conformidad con las normas de desahogo de pruebas prevista en las Normas Federales de Procedimientos Civiles de Estados Unidos, salvo en la medida en que dicho procedimiento sea incompatible con las leyes de México.

### G. Reembolso

Los gastos y costes en que se haya incurrido por la ejecución de esta solicitud, los cuales son reembolsables, correrán a cargo de los Demandantes antes mencionados. Los Demandantes están dispuestos a reembolsar los gastos y costes reembolsables en que haya incurrido el representante de Grupo Bimbo por el cumplimiento de cualquier orden emitida por la SRE, a efectos de esta Solicitud de Asistencia Judicial Internacional.

SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

Respetuosamente Emitido:

Fecha: October 1 , 2025

*Allison H. Goddard*

HON. ALLISON H. GODDARD
JUEZ MAGISTRADO DE ESTADOS UNIDOS

De acuerdo a mi leal saber y entender, manifiesto que la presente es una traducción clara y fiel del documento que tuve a la vista. El subscrito está debidamente listado por el Edo. de Baja California como Perito para auxiliar la administración de justicia en la especialidad de traductor e intérprete de Español a Inglés, con número de registro 0662, vigente en 2025. EL SUBSCRITO NO SE HACE RESPONSABLE POR EL USO DEL PRESENTE DOCUMENTO, SINO SOLAMENTE POR LA TRADUCCIÓN DEL MISMO. Tijuana, B. C. 17 de Septiembre de 2025.

7                                                    3:22-cv-01269-AJB-AHG
SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL

*Claudia Martinez Villa*
Lic. Negocios Internacionales

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

6 2 2 8

Este documento es la traducción de Inglés a Español del Anexo A de la Carta Rogatoria a México-Secretaria de Relaciones Exteriores, emitido por el Tribunal Superior del Estado de California, E.U.

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Tel: (619) 325-0496
Correo Electrónico: cnicholas@nicholaslaw.org
Correo Electrónico: atomasevic@nicholaslaw.org
Correo Electrónico: smarkley@nicholaslaw.org
Correo Electrónico: jbelcastro@nicholaslaw.org

Abogados de los Demandantes,
TLALOC MUNOZ, MIGUEL RUIZ y EDGAR CORONA y STEVEN SNAVELY

## TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS

## DISTRITO SUR DE CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, persona física; MIGUEL RUIZ, persona física; EDGAR CORONA, persona física; STEVEN SNAVELY, persona física; en representación de sí mismos y cualesquier otros en situación similar, <br><br> Demandantes, <br><br> vs <br><br> EARTHGRAINS DISTRIBUTION, LLC Sociedad de Responsabilidad limitada de Delaware; BIMBO BAKERIES USA, INC., Corporación de Delaware; DOES, 1 al 100, inclusiva <br><br> Demandados. | No. de Caso 3:22-cv-01269-AJB-AHG <br><br> **ANEXO A DE LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES** <br><br> **Juez:** Hon. Anthony J. Battaglia <br> **Magistrado:** Hon. Allison H. Goddard <br><br> **FAC Presentado:** 2 de Mayo de 2025 <br> **Fecha de Juicio:** Ninguno Establecido |

3:22-cv-01269-AJB-AHG

ANEXO A DE LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

## I. **DEFINICIONES**

Las palabras y frases utilizadas en estas Solicitudes tendrán el significado que se les atribuye en las Normas Federales de Procedimientos Civiles, y las Normas Locales del Tribunal de Distrito de Estados Unidos del Distrito Sur de California. Además, los siguientes términos tendrán el significado que se establece a continuación siempre que se utilicen en cualquier solicitud:

1. "TU/USTED," "SU/SUS," O "GRUPO BIMBO" se referirá a Grupo Bimbo S.A.B DE C.V. y sus abogados, predecesores y sus actuales y anteriores oficiales, propietarios, directores, miembros, socios, gerentes, fideicomisarios, representantes, agentes, empleados y todas las personas que antes o actualmente actúen, o pretendan actuar a su favor o en favor de GRUPO BIMBO, para cualquier propósito.

## II. **INSTRUCCIONES**

1. Cada solicitud individual de presentación de pruebas debe interpretarse de forma independiente, y no en referencia a ninguna otra solicitud aquí incluida con el fin de limitar dicha solicitud, salvo que no sea necesario presentar escritos idénticos en respuesta a más de una solicitud.

2. Cada DOCUMENTO que responda a estas solicitudes se presentará tal y como se conserva en el curso usual de la actividad comercial, o se organizará y etiquetará para que corresponda con cada categoría a la que dé respuesta.

3. Se presentarán DOCUMENTOS completos, incluidos todos los anexos, portadas de memorándums, apéndices, etc., si alguna parte del escrito responde a una solicitud. La Parte Demandada no ocultará ni eliminará ninguna parte de un DOCUMENTO si ese DOCUMENTO contiene información que responda a una solicitud.Los DOCUMENTOS que se encuentren asociados, adjuntos o unidos mediante grapas, clips, carpetas, encuadernaciones, carpetas de

---

ANEXO A DE LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

archivos, archivos o directorios informáticos, o de cualquier otra forma, deberán presentarse de la manera en que estaban asociados, adjuntos o unidos.

4. Salvo que se acuerde de otra manera, los DOCUMENTOS que se mantengan en el curso normal de la actividad comercial en formato electrónico, se presentarán en su formato original, incluidos todos los metadatos en formato delimitado ASCII estándar, junto con el software necesario para interpretar dichos archivos si dicho software no estuviera fácilmente disponible, y no se convertirán a ningún otro formato, como papel, imagen tiff o archivo PDF.

5. Si USTED presenta documentos escaneados en discos compactos, entonces los documentos deberán presentarse en formato tiff de una sola página, y USTED también deberá presentar (i) el archivo de carga con cada conjunto de documentos (este archivo proporciona los bates iniciales y finales, directorio, nombre del archivo y conteo de página, para permitir que los datos y los archivos concuerden entre ellos mismos), (ii) la información de los archivos adjuntos a fin de que se pueda determinar qué archivos adjuntos corresponden a cada documento presentado, y (iii) cualquier otra codificación para cada documento presentado, incluyendo cualesquier campo del origen, fecha, autor, receptores y custodio de los documentos.

6. Si algún DOCUMENTO solicitado ya no existiera o ya no se encontrara en posesión, custodia o control de la Parte Demandada, se debe identificar a su depositario actual o último conocido, y describir por completo las circunstancias que rodean de la posesión, custodia y control de la Parte Demandada.

Se considera que un DOCUMENTO está bajo el control de la Parte Demandada si la parte demandada tiene derecho a obtener el DOCUMENTO, o una copia del mismo, de otra persona o entidad pública o privada que tenga posesión o custodia del mismo.

7. "Y," "o," e "y/o" serán interpretadas de la forma más amplia posible de

ANEXO A DE LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

modo que la información que de otra manera estaría dentro del alcance de la solicitud, no sea excluida.

8. "Relacionar" incluye, sin limitación, constituir, referirse, aludir, responder, corresponder, tocante a, comentar con respecto a, sobre, en relación a, discutir, mostrar, describir, reflejar, o analizar.

9. Se trata de solicitudes continuas de documentos. Si, tras responder a cualquiera de dichas solicitudes, se recibe o descubren documentos adicionales antes de la fecha del juicio, o si la Parte Demandada tuviera conocimiento de alguna información adicional relacionada con dicha solicitud, se solicita a la Parte Demandada que presente respuestas complementarias y facilite dichos documentos adicionales con prontitud y con la mayor antelación posible al juicio, con el fin de complementar, modificar o corregir las respuestas de la Parte Demandada; de lo contrario, se asumirá que las respuestas brindadas originalmente por el Demandante siguen siendo las respuestas completas del Demandante a dichas solicitudes.

10. Si alguno de los DOCUMENTOS solicitados en el presente documento se hubiera perdido, desechado o destruido, se identificarán de la forma más completa posible incluyendo, sin limitación, la siguiente información: (a) la fecha de eliminación; (b) la forma de eliminación; (c) el motivo de la eliminación; (d) la persona que autorizó la eliminación; y (e) la persona que eliminó el DOCUMENTO.

11. Si se alega que alguno de los materiales solicitados es confidencial, favor de enlistar la siguiente información por cada artículo del cual se alega que es confidencial: (a) Una breve descripción de la naturaleza y el contenido del asunto referido como confidencial; (b) El nombre, ocupación y la personalidad del sujeto del cual emana el asunto confidencial; (c) El nombre, ocupación y personalidad del sujeto a quien se presentó el asunto supuestamente confidencial; (d) La fecha que figura en el artículo; y (e) La confidencialidad alegada.

## III. **SOLICITUDE DE PRESENTACION DE DOCUMENTOS**
## **SOLICITUD DE PRESENTACION NO. 1:**

3                                    3:22-cv-01269-AJB-AHG

ANEXO A DE LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA

Memorándums o documentos similares vigentes desde 2018 a la actualidad que reflejen cómo Grupo Bimbo S.A. DE C.V. reconoce los ingresos procedentes de contratos con clientes, en virtud de los Estándares Internacionales de Informaciones Financiera, o IFRS 15. Esto incluye cualesquier análisis de IFRS15 que USTED realizó o que USTED recibió de una firma de contabilidad externa, como Ernst & Young o sus afiliadas. Los documentos que reflejen ventas exclusivamente fuera de E.U. no son una respuesta. Esta solicitud solo busca documentos que reflejen ventas consolidadas que incluyan a E.U. o documentos específicos de E.U.

De acuerdo a mi leal saber y entender, manifiesto que la presente es una traducción clara y fiel del documento que tuve a la vista. El subscrito está debidamente listado por el Edo. de Baja California como Perito para auxiliar la administración de justicia en la especialidad de traductor e intérprete de Español a Inglés, con número de registro 0662, vigente en 2025.  EL SUBSCRITO NO SE HACE RESPONSABLE POR EL USO DEL PRESENTE DOCUMENTO, SINO SOLAMENTE POR LA TRADUCCIÓN DEL MISMO. Tijuana, B. C.  17 de Septiembre de 2025.

4                                3:22-cv-01269-AJB-AHG

ANEXO A LA CARTA ROGATORIA A MEXICO-SECRETARIA DE RELACIONES EXTERIORES

*Claudia Martinez Villa*
*Lic. Negocios Internacionales*

LIC. CLAUDIA MARTINEZ VILLA
PERITO TRADUCTOR
AUX. EN LA ADMON.
DE JUSTICIA
BAJA CALIFORNIA