**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jake W. Schulte (SBN 293777)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld, #119513
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-1018
john.battenfeld@morganlewis.com

Sarah Zenewicz, #258068
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1790

Michael J. Puma (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103-3007
Tel: (215) 963-5305
michael.puma@morganlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, an individual; MIGUEL RUIZ, an individual; EDGAR CORONA, an individual, STEVEN SNAVELY, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EARTHGRAINS DISTRIBUTION, LLC a Delaware limited liability company; BIMBO BAKERIES USA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:22-cv-01269-AJB-AHG<br><br>Honorable Anthony J. Battaglia<br><br>**JOINT MOTION TO VACATE MOTION HEARING AND NOTICE OF SETTLEMENT** |

1     Plaintiffs Tlaloc Munoz, Miguel Ruiz, Edgar Corona, and Steven Snavely ("Plaintiffs") and Defendants Earthgrains Distribution LLC and Bimbo Bakeries USA, Inc. ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby provide notice that this action has been settled, subject to approval by this Court, and move to vacate the upcoming February 19, 2026 Hearing on Plaintiffs' Motion for Class Certification.

On November 5, 2025, the Parties attended private mediation with experienced and nationally recognized wage and hour mediator, Michael Russell, Esq ("Mediator Russell"). The Parties continued to engage in settlement discussions through Mediator Russell in the following weeks, which resulted in a settlement in principle of this action on December 22, 2025, subject to the execution of a Memorandum of Understanding ("MOU") and eventual full settlement agreement and Court approval. As of January 14, 2026, the Parties have a fully executed MOU and are in the process of negotiating the terms of the long-form settlement agreement.

Given the foregoing, the Parties respectfully request the Court vacate the February 19, 2026 Hearing on Plaintiffs' Motion for Class Certification and all other deadlines in this matter so the Parties may finalize the settlement and seek approval.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby respectfully request as follows:

- That the Court vacate the February 19, 2026 Hearing on Plaintiffs' Motion for Class Certification;
- Plaintiffs be afforded until January 23, 2026 to submit an amended LDWA letter;
- Plaintiffs be afforded until January 30, 2026 to file a Second Amended Complaint;
- Defendants shall have no obligation to answer or otherwise respond to the Second Amended Complaint, and shall not be deemed to admit any facts therein or waive any defenses thereto; and

Case No.: 3:22-cv-01269-AJB-AHG                   1                   JOINT MOTION TO VACATE MOTION HEARING AND NOTICE OF SETTLEMENT

- If the Parties' settlement does not receive full and final approval from the Court, the Second Amended Complaint will be null and void, the original First Amended Complaint shall be the operative pleading in this matter, the Parties will return to the litigation postures in this action that were in place prior to reaching the settlement in principle, and the Court will set a new Hearing on Plaintiffs' Motion for Class Certification.

Respectfully submitted,

Dated: January 21, 2026     **NICHOLAS & TOMASEVIC, LLP**

By:    */s/    Shaun Markley*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jake W. Schulte (SBN 293777)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By:    */s/ Sarah Zenewicz*
Sarah Zenewicz (SBN 258068)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1790

John S. Battenfeld, #119513
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-1018
john.battenfeld@morganlewis.com

Michael J. Puma (*admitted pro hac vice*)
2222 Market Street
Philadelphia, PA 19103-3007
Tel: (215) 963-5305

*Attorneys for Defendants*

# PROOF OF SERVICE

I, Lilliam Quave, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596. On January 21, 2026, I served a copy of the within document(s):

**JOINT MOTION TO VACATE MOTION HEARING AND NOTICE OF SETTLEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| NICHOLAS & TOMASEVIC, LLP<br>Craig M. Nicholas, Esq.<br>Shaun Markley, Esq.<br>Jake W. Schulte, Esq.<br>Alex Tomasevic, Esq.<br>Jordan Belcastro, Esq.<br>225 Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 325-0492 | *Attorneys for Plaintiffs*<br><br>Emails:<br>cnicholas@nicholaslaw.org<br>smarkley@nicholaslaw.org<br>atomasevic@nicholaslaw.org<br>JBelcastro@nicholaslaw.org<br>jschulte@nicholaslaw.org |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 21, 2026, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Lilliam Quave*
Lilliam Quave

Morgan, Lewis & Bockius LLP
Attorneys at Law

Case No. 3:22-cv-01269-AJB-AHG