UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TLALOC MUNOZ, MIGUEL RUIZ, EDGAR CORONA, and STEVEN SNAVELY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EARTHGRAINS DISTRIBUTION, LLC and BIMBO BAKERIES USA, INC.,<br><br>Defendants. | Case No.: 22-cv-01269-AJB-AHG<br><br>**ORDER GRANTING REQUEST TO VACATE DEADLINES AND SETTING SCHEDULE**<br><br>**(Doc. No. 108)** |

On January 21, 2026, the parties filed a joint notice of settlement. (Doc. No. 108.) The notice of settlement requested the Court vacate the February 19, 2026, hearing on Plaintiffs' pending motion for class certification (Doc. No. 95) and all other deadlines so that the parties may finalize the settlement and seek the Court's approval of the settlement. (Doc. No. 108 at 2.) In light of the notice of settlement and at the parties' request the Court **ORDERS**:

1. The hearing on Plaintiffs' motion for class certification (Doc. No. 95) is **VACATED**.

    2.      **No later than January 23, 2026**, Plaintiffs must file an amended letter to the California Labor and Workforce Development Agency ("LWDA").

    3.      **No later than January 30, 2026**, Plaintiffs must file a Second Amended Complaint, for the limited purpose of settlement.

    4.      Defendants will have no obligation to answer or otherwise respond to the Second Amended Complaint and will not be deemed to admit any facts therein or waive any defenses thereto.

    5.      If the parties' settlement does not receive the Court's full and final approval, the Second Amended Complaint will be stricken and the First Amended Complaint will be the operative pleading in this matter. Briefing deadlines for class certification will be reset.

Finally, the Court further **ORDERS** that, **no later than February 6, 2026**, the parties file a joint status report certifying that Plaintiffs timely submitted the amended letter to the LWDA and detailing the remaining actions the parties need to take, with time estimates, in order to be prepared to file a motion for preliminary settlement approval.

**IT IS SO ORDERED.**

Dated: January 22, 2026

                                                Hon. Anthony J. Battaglia
                                                United States District Judge